UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAI AING CHEN,<br><br>            Defendants. | Case No. 2:016-CR-00220 JAM |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTHONY LAZZARINO and PETER WONG,<br><br>            Defendants. | RELATED CASE ORDER<br><br>Case No. 2:16-CR-00237 TLN |

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1

1 | The parties should be aware that relating the cases under
2 | Local Rule 123 merely has the result that these actions are
3 | assigned to the same judge; no consolidation of the actions is
4 | effected.
5 | IT IS THEREFORE ORDERED that the action denominated 2:16-CR-
6 | 00237 TLN be reassigned to Judge John A. Mendez for all further
7 | proceedings, and any dates currently set in this reassigned case
8 | only are hereby VACATED.  Henceforth, the caption on documents
9 | filed in the reassigned cases shall be shown as 2:16-CR-00237 JAM.
10 | IT IS FURTHER ORDERED that the Clerk of the Court make
11 | appropriate adjustment in the assignment of criminal cases to
12 | compensate for this reassignment.
13 | IT IS SO ORDERED.
14 | Dated:   December 19, 2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2