PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00220 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | DATE: March 14, 2017 |
| JAI AING CHEN, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 14, 2017.

2. By this stipulation, the parties now move to continue sentencing until September 26, 2017 at 9:15 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

4. The defendant remains out of custody.

IT IS SO STIPULATED.

Dated: January 6, 2017               PHILLIP A. TALBERT
                                     United States Attorney


                                     /s/ MATTHEW M. YELOVICH
                                     MATTHEW M. YELOVICH
                                     Assistant United States Attorney


Dated: January 6, 2017               /s/ RICHARD DUDEK
                                     RICHARD DUDEK
                                     Counsel for Defendant
                                     JAI AING CHEN


## ORDER

IT IS SO ORDERED this 9th day of January, 2017.


                               /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE