PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JAI AING CHEN,<br><br>              Defendant. | CASE NO. 2:16-CR-00220 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER<br><br>DATE: September 26, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on September 26, 2017.

2.  By this stipulation, the parties now move to continue sentencing until September 25, 2018 at 9:15 a.m.

3.  The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

4.  The defendant remains out of custody.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

1

Dated: August 7, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: August 7, 2017

/s/ RICHARD DUDEK
RICHARD DUDEK
Counsel for Defendant
JAI AING CHEN

## ORDER

IT IS SO ORDERED this 7th day of August, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE