MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00220 JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | DATE: September 25, 2018 |
| JAI AING CHEN, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 25, 2018.

2. By this stipulation, the parties now move to continue sentencing until June 4, 2019.

3. The draft presentence report has been filed. Therefore, informal objections shall be due May 7, 2019; the revised PSR shall be due May 14, 2019; formal objections (motion for correction of the PSR) shall be due May 21, 2019; and replies or statements of non-opposition shall be due May 28, 2019.

4. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

5. The defendant remains out of custody.

IT IS SO STIPULATED.


Dated:  August 10, 2018                          MCGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ MATTHEW M. YELOVICH
                                                 MATTHEW M. YELOVICH
                                                 Assistant United States Attorney


Dated:  August 10, 2018                          /s/ RICHARD DUDEK
                                                 RICHARD DUDEK
                                                 Counsel for Defendant
                                                 JAI AING CHEN


## ORDER

IT IS SO ORDERED this 13th day of August, 2018.


                                                 /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE