MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAI AING CHEN,<br><br>Defendant. | CASE NO. 2:16-CR-00220 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING AND RESETTING PRESENTENCE INVESTIGATION REPORT SCHEDULE; ORDER<br><br>DATE: June 4, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 4, 2019.

2. By this stipulation, the parties now move to continue sentencing until August 6, 2019 at 9:15 a.m., and to reset the schedule for the pre-sentence report and objections thereto, as follows:

   a) Judgment and Sentencing Date: August 6, 2019

   b) Reply or Statement of No Opposition: July 30, 2019

   c) Motion for Correction of the Pre-Sentence Report: July 23, 2019

   d) Final Presentence Report Filed with the Court and Parties: July 16, 2019

   e) Counsel's Written Objections to the Pre-Sentence Report Delivered to Probation Officer and Opposing Counsel: July 2, 2019

f) The proposed pre-sentence report will be considered already shared with the parties as ECF No. 17.

3. The parties do not expect to seek any further continuances.

IT IS SO STIPULATED.

Dated: May 16, 2019
MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: May 16, 2019
/s/ RICHARD DUDEK
RICHARD DUDEK
Counsel for Defendant
JAI AING CHEN

**ORDER**

IT IS SO ORDERED this 17th day of May, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

2